RECEIVED
USDC CLERK, CHARLESTON, SC

2023 APR 27  AM 8: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

MARLIN E. COFFY SR.
MARLIN Elrico COFFY SR.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

① Michael S. Hannon Jr. #692 ② PFC Dittrich
③ SGT Robert Blaschke ④ PFC. Kevin Dan' Herbst #681 ⑤ FTO. Douglas Richards #717

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 2:23-cv-01760-BHH-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marlin Elrico Coffy SR.

All other names by which you have been known: Rico

ID Number: 9268
Current Institution: Hill Finklea Detention Center
Address: 300 California Ave CPOD-C2
Moncks Corner, SC. 29461

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: FTO. Douglas Richards #717 and PFC. Dittrich
Job or Title (if known): Police Officers
Shield Number: #717 and Unknown
Employer: Mount Pleasant Police Dept.
Address: 100 Ann Edwards Ln
Mount Pleasant, SC. 29464

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name: Michael S. Hannon JR. #692

2

Job or Title (if known): POLICE OFFICER
Shield Number: 692
Employer: MOUNT PLEASANT POLICE DEPT.
Address: 100 ANN EDWARDS LN
MOUNT PLEASANT, SC. 29464

[x] Individual capacity    [x] Official capacity

Defendant No. 3
Name: PFC. KEVIN DANT HERBST
Job or Title (if known): POLICE OFFICER
Shield Number: 681
Employer: MOUNT PLEASANT POLICE DEPT.
Address: 100 ANN EDWARDS LN
MOUNT PLEASANT, SC. 29464

[x] Individual capacity    [x] Official capacity

Defendant No. 4
Name: ROBERT BLASCHKE (SGT)
Job or Title (if known): POLICE OFFICER
Shield Number: 665
Employer: MOUNT PLEASANT POLICE DEPT
Address: 100 ANN EDWARDS LN
MOUNT PLEASANT, SC. 29464

[x] Individual capacity    [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4TH, 5TH, 6TH, 8TH, 13TH, 14TH, AMMENDMANTS OF THE U.S. CONSTITUTION WERE VIOLATED AND PLAINTIFF WAS DEPRIVED OF RIGHTS THEREOF ALSO U.S. CONSTITUTION AMMENDMENT (18) SECTION 1

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4TH, 5TH, 6TH, 8TH, 13TH, 14TH AMMENDMANTS OF THE U.S. CONSTITUTION WERE VIOLATED AND PLAINTIFF WAS DEPRIVED OF RIGHTS THEREOF ALSO U.S. CONSTITUTION AMMENDMENT XIV (18) SECTION 1

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

EACH PERSON NAMED AS A DEFENDANT ACTED UNDER COLOR OF STATE OR LOCAL LAW BY EACH DEFENDANT BEING EMPLOYED BY THE MOUNT PLEASANT POLICE DEPT. IN MOUNT PLEASANT SOUTH CAROLINA, WHICH MAKES EACH DEFENDANT

III. **Prisoner Status** LIABLE UNDER (A BIVENS CLAIM)

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

## JURISDICTION & VENUE (B)

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFFS CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE

2. THIS SUIT IS BEING FILED IN THE DISTRICT OF SOUTH CAROLINA BECAUSE IT IS WHERE THE EVENTS GIVEN RISE TO THIS CLAIM OCCURRED.

## STATEMENT OF CLAIM (SECTION D)

ON THE DATE OF JUNE 27, 2021 PLAINTIFF MARLIN E. COFFY WENT TO THE WALMART SUPERCENTER WHERE HE WAS RACIALLY PROFILED, FALSE INCRIMINATED AGAINST, AND FALSELY ACCUSED OF TRYING TO PUSH A SHOPPING CART FULL OF MERCHANDISE OUT OF AN EXIT DOOR. OFFICERS FROM THE MOUNT POLICE DEPT. EVEN AFTER REVEIWING THE STORES VIDEO SURVELANCE FOOTAGE AND SEEING THAT MR. COFFY DID NOT COMMIT ANY CRIME IN THE STORE NOR OUTSIDE THE STORE STILL CHARGED MARLIN E. COFFY WITH ARMED ROBBERY W/DEADLY WEAPON. ALTHO MARLIN COFFY WAS FOUND TO NOT HAVE BEEN IN POSSESION OF ANY WEAPON, NOR DID MR COFFY EVER AT ONE OR ANY POINT IN TIME WHILE IN OR OUTSIDE OF THE WALMART STORE TO INSINUATE ANY ROBBERY, OR DID THE WALMART MANAGERS AND LOSS PREVENTION OFFICERS STATE TO THE MOUNT PLEASANT POLICE THAT THEIR HAD BEEN ANY ROBBERY COMMITTED "HOWEVER" POLICE OFFICERS TOOK IT UPON THEMSELVES TO TAKE THE LAW INTO THEIR OWN HANDS AND STILL CHARGED MARLIN COFFY WITH ARMED ROBBERY W/DEADLY WEAPON. WALMART LOSS PREVENTION OFFICERS, AS WELL AS THE STORES MANAGER, AND ALSO CAMERA FOOTAGE STATED AND PROVED NOTHING WAS TAKEN FROM THE STORE OFFICERS FROM THE MOUNT PLEASANT POLICE DEPT. STILL TOOK TOOLS FROM PLAINTIFFS VEHICHLE AND PLACE THEM IN THEIR REPORT AS EVIDENCE WHICH PROVES OFFICERS FRAMED AND FALSELY INCRIMIDATED EVIDENCE AGAINST PLAINTIFF. PLAINTIFF FEELS HAD HE NOT BEEN BLACK IN COLOR OFFICERS WOULD NOT HAVE DONE THIS TO HIM SO HE FEELS HE WAS

RACIALLY DISCRIMINATED AGAINST. OFFICERS ALSO WITHELD MONEY THAT WAS FOUND ON PLAINTIFFS PERSON TO RACIALLY PROFILE HIM AS A BROKE BLACK MALE WHO WENT TO WALMART TO COMMIT A CRIME. "HOWEVER" BOOKIN RECORDS FROM THE ALCANNON DETENTION CENTER WILL PROVE PLAINTIFF WAS BOOKED IN WITH CLOSE TO $200.00 DOLLARS. CAMERA FOOTAGE WILL PROVE PLAINTIFF ENTERED THE WALMART SUPERCENTER STORE BY HIMSELF, SHOPPED BY HIMSELF BY PUSHING HIS OWN CART AROUND THE STORE PLACING ITEMS IN HIS OWN CART, AND THEN PAYING FOR ITEMS BY HIMSELF AND EXITING THE STORE BY HIMSELF. NEVER AIDING, ASSISTING, NOR ABETTING, OR WAS HE PRESENT DURING TIME OF ANY ALLEGED ARMED ROBBERY W/DEADLY WEAPONS CHARGE SO PLAINTIFF MARLIN COFFY SHOULD NOT BE HELD RESPONSIBLE TO ANYONE ELSES' ACTIONS OR MOTIVES. NOR SHOULD PLAINTIFFS 1983 SUIT BE COMPARED TO SOMEONES LAWSUIT THAT HAS ALREADY BEEN DISMISSED. PLAINTIFF WAS WRONGFULLY AND FALSLEY ACCUSSED AND ARMED ROBBERY CHARGE SHOULD BE DISMISSED. PLAINTIFF MARLIN COFFY IS HOWEVER WILLING TO SETTLE OUT OF COURT.

☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)* NON CONVICTED, BUT STILL INCARCERATED

**IV. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

JUNE 27, 2021 AT THE WALMART LOCATED AT 3000 PROPRIETORS PLACE MOUNT PLEASANT SOUTH CAROLINA 29464 AT 22:30 PM SUNDAY

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 27, 2021    (TIME) 22:30 PM SUNDAY

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS FALSLY ACCOSSED, AND RACIALLY DISCRIMINATED AGAINST, FRAMED BY MOUNT PLEASANT POLICE, ALSO INCRIMINATED AGAINST.

5

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) Loss of Vehicle  2) Loss of Wages  3) Incarceration  4) Loss of Tools  5) High Blood Pressure Innhich I'm Now on Medicine for.  6) Defamation of Character (Face was on the News).  7) Bond/Bail Money  8) All Punitive Damages Including Pain/Suffering

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Dismiss All Charges Against Plaintiff Concerning Walmart Incident.
2) Financial Compensate Plaintiff for All Above Numbers 1-8 in Section (5) Injuries Section, And To Pay for Attorney Fees And All Filing Fees Concerning This 1983 Lawsuit
3) Plaintiff Will Settle Out of Court

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No           N/A
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No           N/A
☐ Do not know

If yes, which claim(s)?
N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes           N/A
☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes  N/A
☐ No   N/A

E.  If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   My claim did not happen inside any facility of a prison or jail

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes    N/A
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)  N/A
    Defendant(s)  

2. Court *(if federal court, name the district; if state court, name the county and State)*  N/A

3. Docket or index number  N/A

4. Name of Judge assigned to your case  N/A

5. Approximate date of filing lawsuit  N/A

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.  N/A

10



7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) N/A
    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit N/A

    N/A

6. Is the case still pending?

    ☐ Yes  N/A
    ☐ No

11

If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_N/A_

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _4-24-_, 20_23_

Signature of Plaintiff _Marlin E. Coffy Sr._
Printed Name of Plaintiff _Marlin E. Coffy Sr._
Prison Identification # _9268_
Prison Address _360 California Ave._
_Moncks Corner_     _SC_     _29461_
City                State   Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____

12

Address  _____
Telephone Number  _____
E-mail Address  _____

13